Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey R. Turner**
**Helen L. Turner**
**aka Helen L Maholtz−Turner, fka Helen L Maholtz**
   Debtor(s)

Bankruptcy Case No.: 17−10625−CMB

Chapter: 13
Docket No.: 97 − 96

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM in https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10625-CMB |
| Jeffrey R. Turner | Chapter 13 |
| Helen L. Turner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 25, 2022 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey R. Turner, Helen L. Turner, 1736 W 8th Street, Erie, PA 16505-5024 |
| 14644951 | + | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644955 | + | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644959 | + | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644961 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644962 | + | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14676912 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14644963 | + | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644964 | + | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14658054 | + | Northwest Consumer Discount Co., P.O. Box 8628, Erie, PA 16505-0628 |
| 14644965 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644966 | + | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:51 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer, PO Box 19657, Irvine, CA 92623-9657 |
| 14701920 | Email/PDF: bncnotices@becket-lee.com | Nov 26 2022 00:04:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14644947 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644949 | + Email/Text: EBN@thecmigroup.com | Nov 26 2022 00:05:00 | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644948 | + Email/Text: bdsupport@creditmanagementcompany.com | Nov 26 2022 00:06:00 | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644950 | + Email/Text: Bankruptcy.Consumer@dish.com | Nov 26 2022 00:05:00 | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14713622 | Email/Text: lroland@localfirstbank.com | Nov 26 2022 00:05:00 | First Bank, P.O. Box 434, Troy, NC 27371 |
| 14644952 | Email/Text: Bankruptcy@ICSystem.com | Nov 26 2022 00:05:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 14644953 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 26 2022 00:05:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14700661 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 26 2022 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14644954 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 17-10625-CMB   Doc 98   Filed 11/27/22   Entered 11/28/22 00:11:38   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: 408 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 26 2022 00:06:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14644956 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 26 2022 00:05:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14724152 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 26 2022 00:05:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15543681 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2022 00:05:00 | Lakeview Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14644957 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 26 2022 00:05:00 | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644958 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14711406 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2022 00:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14644960 | + | Email/Text: Bankruptcy@natfuel.com | Nov 26 2022 00:06:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 15433035 | | Email/Text: bankruptcynotices@ncdor.gov | Nov 26 2022 00:05:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 14711833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14645050 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699853 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644968 | | Email/Text: amieg@stcol.com | Nov 26 2022 00:05:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644967 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 26 2022 00:06:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644969 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 26 2022 00:04:31 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14652095 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2022 00:04:53 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644970 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2022 00:05:00 | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14665386 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:43 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14661990 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:35 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14644971 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:43 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 4 |
| Date Rcvd: Nov 25, 2022 | Form ID: 408 | Total Noticed: 42 |

| | | |
|---|---|---|
| 14644972 | *+ | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644974 | *+ | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644973 | *+ | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644975 | *+ | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14644976 | *+ | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644977 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 14644978 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14644979 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14644980 | *+ | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644981 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14644982 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644983 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14644984 | *+ | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644985 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14644986 | *+ | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644987 | *+ | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14644989 | *+ | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14644988 | *+ | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644990 | *P++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688, address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644993 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644991 | *+ | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |
| 14644992 | *+ | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644994 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14644995 | *+ | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14644996 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 2 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2022             Signature:             /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:**

**Name**         **Email Address**

Alexandra Teresa Garcia
                 on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
                 on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
                 on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com

Daniel Philip Jones
                 on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0315-1     User: auto     Page 4 of 4

Date Rcvd: Nov 25, 2022     Form ID: 408     Total Noticed: 42

| Name | Details |
|---|---|
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Jeffrey R. Turner rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Helen L. Turner rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9