| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey R. Turner | Social Security number or ITIN  xxx–xx–5412 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Helen L. Turner | Social Security number or ITIN  xxx–xx–2513 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–10625–CMB | | |

## Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jeffrey R. Turner

    Helen L. Turner
    aka Helen L Maholtz–Turner, fka Helen L Maholtz

<u>1/10/23</u>

**By the court:** <u>Carlota M Bohm</u>
    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey R. Turner  
Helen L. Turner  
    Debtors

Case No. 17-10625-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Jan 10, 2023     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey R. Turner, Helen L. Turner, 1736 W 8th Street, Erie, PA 16505-5024 |
| 14644951 | + | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644955 | + | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644959 | + | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644961 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644962 | + | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14676912 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14644963 | + | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644964 | + | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14658054 | + | Northwest Consumer Discount Co., P.O. Box 8628, Erie, PA 16505-0628 |
| 14644965 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644966 | + | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: WFFC2 | Jan 11 2023 04:54:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer, PO Box 19657, Irvine, CA 92623-9657 |
| 14701920 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 00:23:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14644947 | + | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644949 | + | EDI: CMIGROUP.COM | Jan 11 2023 04:54:00 | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644948 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 11 2023 00:05:00 | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644950 | + | EDI: DISH | Jan 11 2023 04:54:00 | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14713622 | | Email/Text: lroland@localfirstbank.com | Jan 11 2023 00:04:00 | First Bank, P.O. Box 434, Troy, NC 27371 |
| 14644952 | + | EDI: LCIICSYSTEM | Jan 11 2023 04:54:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14644953 | | EDI: IRS.COM | Jan 11 2023 04:54:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14644954 | | EDI: JEFFERSONCAP.COM | Jan 11 2023 04:54:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14700661 | | EDI: JEFFERSONCAP.COM | Jan 11 2023 04:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14644956 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 00:04:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14724152 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2023 00:05:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15543681 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 00:04:00 | Lakeview Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14644957 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2023 00:05:00 | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644958 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14711406 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14644960 | + | Email/Text: Bankruptcy@natfuel.com | Jan 11 2023 00:05:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 15433035 | | EDI: NCDEPREV.COM | Jan 11 2023 04:54:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 14711833 | | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14645050 | + | EDI: RECOVERYCORP.COM | Jan 11 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699853 | | EDI: Q3G.COM | Jan 11 2023 04:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644968 | | Email/Text: amieg@stcol.com | Jan 11 2023 00:04:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644967 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 11 2023 00:06:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644969 | | EDI: AISTMBL.COM | Jan 11 2023 04:54:00 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14652095 | + | EDI: AIS.COM | Jan 11 2023 04:54:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644970 | + | EDI: VERIZONCOMB.COM | Jan 11 2023 04:54:00 | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14665386 | | EDI: WFFC2 | Jan 11 2023 04:54:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14661990 | | EDI: WFFC2 | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

| | | Jan 11 2023 04:54:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
|---|---|---|---|
| 14644971 | + EDI: WFFC2 | | |
| | | Jan 11 2023 04:54:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14644972 | *+ | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644974 | *+ | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644973 | *+ | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644975 | *+ | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14644976 | *+ | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644977 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14644978 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14644979 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14644980 | *+ | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644981 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14644982 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644983 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14644984 | *+ | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644985 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14644986 | *+ | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644987 | *+ | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14644989 | *+ | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14644988 | *+ | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644990 | *P++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688, address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644993 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644991 | *+ | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |
| 14644992 | *+ | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644994 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14644995 | *+ | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14644996 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 2 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023         Signature:         /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Jeffrey R. Turner rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Joint Debtor Helen L. Turner rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9