IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY R TURNER
HELEN L TURNER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10625

Chapter 13

Document No.: 96

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_10th\_\_\_ day of \_\_\_January\_\_\_, 20\_23\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/10/23 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10625-CMB
Jeffrey R. Turner  Chapter 13
Helen L. Turner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 4
Date Rcvd: Jan 10, 2023  Form ID: pdf900  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey R. Turner, Helen L. Turner, 1736 W 8th Street, Erie, PA 16505-5024 |
| 14644951 | + | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644955 | + | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644959 | + | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644961 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644962 | + | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14676912 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14644963 | + | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644964 | + | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14658054 | + | Northwest Consumer Discount Co., P.O. Box 8628, Erie, PA 16505-0628 |
| 14644965 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644966 | + | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 11 2023 00:10:04 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer, PO Box 19657, Irvine, CA 92623-9657 |
| 14701920 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 00:23:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14644947 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:05:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644949 | + | Email/Text: EBN@thecmigroup.com | Jan 11 2023 00:04:00 | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644948 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 11 2023 00:05:00 | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644950 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jan 11 2023 00:05:00 | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14713622 | | Email/Text: lroland@localfirstbank.com | Jan 11 2023 00:04:00 | First Bank, P.O. Box 434, Troy, NC 27371 |
| 14644952 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 11 2023 00:05:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14644953 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 00:05:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14644954 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2023 00:05:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14700661 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0315-1 User: auto Page 2 of 4
Date Rcvd: Jan 10, 2023 Form ID: pdf900 Total Noticed: 42

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 11 2023 00:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14644956 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 00:04:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14724152 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2023 00:05:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15543681 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 00:04:00 | Lakeview Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14644957 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2023 00:05:00 | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644958 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14711406 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14644960 | + | Email/Text: Bankruptcy@natfuel.com | Jan 11 2023 00:05:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 15433035 | | Email/Text: bankruptcynotices@ncdor.gov | Jan 11 2023 00:05:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 14711833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14645050 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2023 00:10:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699853 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 00:05:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644968 | | Email/Text: amieg@stcol.com | Jan 11 2023 00:04:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644967 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 11 2023 00:06:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644969 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 11 2023 00:09:34 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14652095 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 00:09:26 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644970 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 11 2023 00:04:00 | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14665386 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 11 2023 00:09:47 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14661990 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 11 2023 00:09:47 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 14644971 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 11 2023 00:09:47 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| | | |
|---|---|---|
| 14644972 | *+ | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14644974 | *+ | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14644973 | *+ | Credit management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14644975 | *+ | Dish Network, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 14644976 | *+ | First Bank Branch R, 355 North Bilhen, Troy, NC 27371-2900 |
| 14644977 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14644978 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14644979 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14644980 | *+ | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 14644981 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14644982 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14644983 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14644984 | *+ | Moore County Tax Department, PO Box 457, Carthage, NC 28327-0457 |
| 14644985 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14644986 | *+ | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14644987 | *+ | North Carolina Department of Revenue, 1500 Pinecroft Rd, Suite 300, Greensboro, NC 27407-3808 |
| 14644989 | *+ | Northwest Consumer Dis, 3307 Liberty St, Erie, PA 16508-2558 |
| 14644988 | *+ | Northwest Consumer Dis, 2055 W 8th St, Erie, PA 16505-4741 |
| 14644990 | *P++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688, address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14644993 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 14644991 | *+ | Saint Vincent Institute, 3530 Peach St. LL1, Erie, PA 16508-2768 |
| 14644992 | *+ | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14644994 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14644995 | *+ | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 14644996 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 2 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023                               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Marisa Myers Cohen | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Jeffrey R. Turner rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Joint Debtor Helen L. Turner rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9